

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2014

No. 04-13-00213-CV

Mark A. **CANTU**,
Appellant

v.

**GUERRA & MOORE LLP,** Carlos Guerra, J. Michael Moore, and David Lumber,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:  Catherine Stone, Chief Justice
     Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice- not participating

On August 4, 2014, Appellees filed a motion for rehearing. *See* TEX. R. APP. P. 49.1. The court requests that Appellant file a response. *See id.* R. 49.2.

If Appellant chooses to file a response, he must file it within TWENTY DAYS of the date of this order.

It is so ordered on this 8th day of August, 2014.

**PER CURIAM**

ATTESTED TO: _____
     Keith E. Hottle
     Clerk of Court